**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PHUC VAN TRAN** | **CIVIL ACTION NO:**  09-3209 |
| | c/w   09-6221 |
| **VERSUS** | c/w   10-1705 |
| | |
| **KENNY BOY OF MANDEVILLE, INC.,** | **SECTION:**  "R" |
| **M/V KENNY BOY, IN REM, G&M MARINE,** | |
| **INC., ST. PAUL FIRE & MARINE,** | **DIVISION:**  "3" |
| **NATIONAL CASUALTY COMPANY and** | |
| **AMERICAN ALTERNATIVE INSURANCE** | **JUDGE:**   SARAH H. VANCE |
| **CORPORATION** | |
| | **MAGISTRATE:  DANIEL KNOWLES** |

**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come defendants, St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation and for the reasons set forth more fully in the accompanying Memorandum in Support, requests that the Court enter summary judgment in their favor, and dismiss all claims of plaintiff/cross-claimant, Phuc Van Tran, against them.  For the reasons set forth more fully in the accompanying Memorandum in Support, there is no genuine issue of material fact, and no question of law that defendants, the insurers of the F/V KENNY BOY do not owe coverage to the owners of the F/V KENNY BOY due to their violation of The Total On Board Warranty.

For the reasons set forth more fully in the accompanying Memorandum in Support, defendants, St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation, respectfully requests that this Court enter summary judgment in their favor, and dismiss, with prejudice, all claims brought against them by plaintiff/cross-claimant, Phuc Van Tran.

Respectfully submitted,

/s/ Wilton E. Bland, III

_____
WILTON E. BLAND, III      (#3123)
PATRICK E. COSTELLO   (#26619)
JACQUES P. DEGRUY      (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:   (504) 595-3000
Facsimile:     (504) 522-2121
*Attorneys for:*
*St. Paul Fire & Marine Insurance Company,*
*National Casualty Company, and American*
*Alternative Insurance Corporation*
H:\0520\10270 Phuc Tran\Pleadings\MSJ Insurers\Motion for Summary Judgment.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel in this matter.

There are no known non-participating CM/ECF parties.

/s/ Wilton E. Bland, III