**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PHUC VAN TRAN** | **CIVIL ACTION NO:** 09-3209 |
| | c/w 09-6221 |
| **VERSUS** | c/w 10-1705 |
| **KENNY BOY OF MANDEVILLE, INC., M/V KENNY BOY, IN REM, G&M MARINE, INC., ST. PAUL FIRE & MARINE, NATIONAL CASUALTY COMPANY and AMERICAN ALTERNATIVE INSURANCE CORPORATION** | **SECTION:** "R" |
| | **DIVISION:** "3" |
| | **JUDGE:** SARAH H. VANCE |
| | **MAGISTRATE:** DANIEL KNOWLES |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

NOW INTO COURT, through undersigned counsel, come defendants, St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation which provide the following list of uncontested material facts in support of their Motion for Summary Judgment:

1.

Plaintiff has filed suit against defendants St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation in their capacities as the insurers of Kenny Boy of Mandeville, Inc., and the F/V KENNY

BOY for injuries he claims to have sustained as a consequence of the collision between the F/V KENNY BOY and the M/V RACHEL BORDELON. At the time of the collision plaintiff was a deck hand aboard the F/V KENNY BOY.

2.

At all times pertinent, St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation subscribed to a policy of insurance issued to Kenny Boy of Mandeville, Inc. and covering the F/V KENNY BOY, bearing policy number SGM002685 (hereafter the "Policy.") (See Policy No. SGM002685, Attached as Exhibit "A"). The Policy provided coverage from July 5, 2008 through July 5, 2009.

3.

The Policy provided hull and machinery insurance as well as protection and indemnity insurance to Kenny Boy of Mandeville, Inc., and the F/V KENNY BOY. (Exhibit "A").

4.

The Policy contained "General Conditions and Warranties." It specifically stated:

**Total On Board Warranty**

Notwithstanding anything contained herein to the contrary, it is warranted that the total number of persons aboard the vessel named herein at any one time shall not exceed four.

(Exhibit "A").

5.

On March 14, 2009, there occurred a collision between the F/V KENNY BOY and the M/V RACHEL BORDELON.

6.

At the time of the collision there were five persons on board the F/V KENNY BOY.

7.

On March 23, 2009, Kenny Boy of Mandeville, Inc. was sent, via certified mail, a letter on behalf of its insurers advising that because the Total On Board Warranty had been breached, there would be no coverage for any claims arising out of the collision. (Exhibit "C").

8.

On November 11, 2009, four of the five persons aboard the F/V KENNY BOY at the time of the collision filed claims for personal injury in Civil Action No. 09-3209, *Bordelon Marine v. F/V KENNY BOY, et al.,* United States District Court, Eastern District of Louisiana.

Respectfully submitted,

/s/ Wilton E. Bland, III
WILTON E. BLAND, III     (#3123)
PATRICK E. COSTELLO   (#26619)
JACQUES P. DEGRUY     (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:   (504) 595-3000
Facsimile:    (504) 522-2121
Attorneys for St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation

H:\0520\10270 Phuc Tran\Pleadings\MSJ Insurers\Statement of Uncontested Facts - Insurers.wpd

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel in this matter.

There are no known non-participating CM/ECF parties.

/s/ Wilton E. Bland, III