**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BORDELON MARINE, INC. | CIVIL ACTION NO: 09-3209 <br> c/w 09-6221 |
| VERSUS | c/w 10-1705 |
| F/V KENNY BOY, ET AL. | SECTION: "R" |
| *Consolidated case:* | JUDGE: SARAH H. VANCE |
| PHUC VAN TRAN <br> VERSUS <br> KENNY BOY OF MANDEVILLE, INC., <br> *et al.* | MAGISTRATE: DANIEL KNOWLES |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendants, St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation, who, pursuant to Rule 78.1E of the Uniform District Court Rules, hereby respectfully request oral argument on their Motion for Summary Judgment, filed on October 4, 2010 [Rec. Doc. 103].

                                                  Respectfully submitted,

                                                  /s/ Wilton E. Bland, III
                                                  WILTON E. BLAND, III   (#3123)
                                                  PATRICK E. COSTELLO  (#26619)

JACQUES P. DEGRUY (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
*Attorneys for:*
*St. Paul Fire & Marine Insurance Company, National Casualty Company and American Alternative Insurance Corporation*

H:\0520\10270 Phuc Tran\Pleadings\MSJ Insurers\Request for Oral Argument.wpd

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel in this matter.

There are no known non-participating CM/ECF parties.

/s/ Wilton E. Bland, III