| BORDELON MARINE, ET AL | NUMBER 09-3209, 10-1705 |
|---|---|
| VERSUS | U.S. DISTRICT COURT |
| F/V KENNY BOY, ET AL | EASTERN DISTRICT OF LOUISIANA |

## SUPPLEMENTAL AFFIDAVIT OF DONG TRAN

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, duly qualified in and for the Parish of St. Tammany, State of Louisiana, personally came and appeared

DONG TRAN

a person of the full age of majority and resident of St. Tammany Parish, State of Louisiana, after being duly sworn did depose and say:

1. In 2001, Thuy Nguyen, my wife, and I purchased the F/V Kenny Boy.

2. The F/V Kenny Boy had a mortgage and the mortgage lender required us to carry insurance.

3. To get insurance, I went to G&M Marine and spoke with an agent by the name of David via translator because David does not speak Vietnamese and I do not speak very good English. The name of the translator was Hoa Nguyen.

4. I told David I wanted insurance that would cover the vessel and the people who worked on the vessel. David said the insurance would cover the F/V Kenny Boy and the four crew members.

5. David asked how many people worked aboard the F/V Kenny Boy and I told him five: one captain and four crew.

6. David could not sell me insurance to cover the captain. I purchased the insurance David offered and made payments regularly until the vessel was paid off.

7. To my knowledge, the agents name was David and he worked for G&M Marine and represented the insurance companies. I do not know anything about the agents or brokers or how they relate to the insurance companies.

8. After the vessel was paid off, I let the insurance lapse. Later, I decided I wanted to protect the F/V Kenny Boy and the crew so I went back to G&M Marine to get insurance.

9. I spoke to a lady named Cathy who spoke Vietnamese.

10. It was my understanding that Cathy worked for G&M Marine and represented the insurance companies.

11. I told her the F/V Kenny Boy operates with five people; a captain and four crew members.

12. I gave complete accurate information to both David and Cathy. I did not make any misrepresentations.

13. Cathy told me the same thing David previously told me: the insurance company could not sell insurance to cover the captain of the F/V Kenny Boy. I purchased the insurance G&M Marine offered and I made payments every year.

14. I do not fluently read or write English, as previously stated in my September 10, 2010, Affidavit, so I was not able to read the application for the insurance policy. I trusted David and Cathy to prepare everything correctly and issue insurance that would cover the F/V Kenny Boy.

15. The insurance policy was in effect on March 14, 2009.

16. The insurance company received payments on time for my insurance premiums from me for six or seven years.

17. The insurance company has never offered to refund any part of the insurance premium payments.

18. This affidavit, before I signed it, was translated to me by Tri Nguyen.

_____
DONG TRAN

Witnesses:
_____
_____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19th DAY OF OCTOBER, 2010.

_____
NOTARY PUBLIC Bar. No. 4907
My commission expires: __DEATH__