| BORDELON MARINE, ET AL | NUMBER 09-3209, 10-1705 |
|---|---|
| VERSUS | U.S. DISTRICT COURT |
| F/V KENNY BOY, ET AL | EASTERN DISTRICT OF LOUISIANA |

## SUPPLEMENTAL AFFIDAVIT OF THUY NGUYEN

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, duly qualified in and for the Parish of St. Tammany, State of Louisiana, personally came and appeared THUY NGUYEN, a person of the full age of majority and resident of St. Tammany Parish, State of Louisiana, after being duly sworn did depose and say:

1. I am an owner and officer of Kenny Boy of Mandeville, Inc.

2. I was born in Vietnam and moved to the United States in 1991. I do not speak or read English.

3. My husband's affidavit and my affidavit have been translated in my presence by Tri Nguyen, who speaks both Vietnamese and English, before I signed the affidavit.

4. The affidavits are correct and accurate.

THUY NGUYEN

Witnesses:

SWORN TO AND SUBSCRIBED BEFORE ME THIS 19th DAY OF OCTOBER, 2010.

NOTARY PUBLIC Bar. No. 4907
My commission expires: DEATH